| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Compañia Inmobiliaria y de Inversiones Saga SpA

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  88,202,600-0 (Chile Local Tax ID)

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Rosario Norte N°660, 22nd Floor<br>Las Condes, Santiago<br>Chile | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| N/A | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☒ Other. Specify:  **The debtor is a sociedades por acciones (simplified corporation) organized under the laws of Chile.**

Debtor   __Compañia Inmobiliaria y de Inversiones Saga SpA__         Case number (*if known*) _____
             Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __N/A__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No.
   ☐ Yes

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |----------|------|-------------|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor   __See Schedule A to Voluntary Petition__   Relationship _____
    District _____   When _____   Case number, if known _____

Debtor **Compañia Inmobiliaria y de Inversiones Saga SpA**      Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- [ ] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [x] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes    Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and administrative information (on a consolidated basis)

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [x] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated Liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [x] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  **Compañia Inmobiliaria y de Inversiones Saga SpA**          Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 29, 2021**
             MM / DD / YYYY

**X** */s/ Cristobal Cerda Meneses*                                **Cristobal Cerda Meneses**
Signature of authorized representative of debtor                   Printed name

Title   **Chief Executive Officer**

---

**18. Signature of attorney**

**X** */s/ Pauline K. Morgan*                                Date   **June 29, 2021**
Signature of attorney for debtor                                            MM / DD / YYYY

**Pauline K. Morgan**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 571-6600**          Email address   **pmorgan@ycst.com**

**3650 DE**
Bar number and State

## SCHEDULE A

## PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES

On or prior to the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "*Court*"). A motion will be filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only.

Corp Group Banking S.A.
Inversiones CG Financial Chile Dos SpA
Compañia Inmobiliaria y de Inversiones Saga SpA
CG Financial Chile SpA
CG Financial Colombia S.A.S.

28278725.1

**JUNTA DE ACCIONISTAS**
**COMPAÑÍA INMOBILIARIA Y DE INVERSIONES SAGA SpA**

En Santiago, a 29 de junio de 2021, en las oficinas ubicadas en Rosario Norte 660, piso 22, Las Condes, Santiago, siendo las 10am, se reunió en junta de accionistas de la sociedad **Inversiones CG Financial Chile SpA** (la "Sociedad"), con la asistencia de los únicos accionistas de la Sociedad, CorpGroup Banking S.A. e Inversiones GASA Limitada**,** ambas quiénes comparece representadas por el señor Jorge Andrés Saieh Guzmán.

También asistió a la presente junta el señor Cristóbal Cerda Meneses, en su calidad de Gerente General de la Sociedad.

### I.    PRESIDENCIA Y SECRETARÍA

Presidió la Sesión el señor Jorge Andrés Saieh Guzmán y actuó como secretario el señor Andrés Winter Salgado.

### II.    CONSTANCIA DEL QUÓRUM

El Secretario constató que se encontraban presentes en la junta la totalidad de las acciones de la Sociedad, cuyo representante asistió conectado de manera simultánea y permanente mediante video conferencia. Como consecuencia de lo anterior, y contando, por tanto, con el quórum suficiente para sesionar, se declaró válidamente iniciada la junta.

### III.    INICIO DE PROCESO DE REORGANIZACIÓN JUDICIAL.

El señor Presidente señaló que el punto a tratar en esta junta de accionistas corresponde a la delicada situación de deuda en la cual se encuentra inmerso el accionista de la Sociedad, CorpGroup Banking S.A. (en adelante, el "Accionista"), lo cual es de conocimiento de la Sociedad y, en su calidad de accionista relevante de la Sociedad, repercute directamente en su viabilidad financiera futura. Asimismo, dio cuenta de las dificultades financieras propias a las que se encuentra sujeta la Sociedad, que incluyen la deuda con Itaú BBA- Nassau Branch por el monto de 890 millones de dólares, deuda que ha sido garantizada por la Sociedad a través de una fianza otorgada por ésta.

A continuación, el señor Presidente cedió la palabra al gerente general, quien procedió a informar sobre la situación actual de la Sociedad y del Accionista, dando cuenta de las principales partidas del balance de ambas y de la compleja situación de liquidez de la Sociedad. Asimismo, el gerente general dio cuenta de la situación de incumplimiento de pago del Accionista de las cuotas de intereses semestrales vencidas en el mes de septiembre de 2020 y de mayo de 2021, por un monto agregado de más de 30 millones de dólares, de la emisión de bonos Reg S / 144A, con vencimiento final el año 2023, así como también de los incumplimientos de las deudas con Itaú BBA- Nassau Branch que podrían generar su aceleración y cobro a la Sociedad.

En atención a lo anterior, y luego de agradecer la exposición del señor Secretario, el señor Presidente señaló que desde hace un cierto tiempo se han propuesto y analizado una serie de mecanismos para llevar a cabo la reorganización y reestructuración del Accionista y de la Sociedad. Como consecuencia de lo expuesto, el señor Presidente expresó indicó la necesidad de recurrir a un proceso de reorganización judicial en los Estados Unidos de América, al amparo del *Chapter 11* del *Bankruptcy Code* los Estados Unidos de América (el "Chapter 11"). Esta alternativa ha sido evaluada por la administración de la Sociedad, asesorada por un equipo legal y financiero. El proceso, faculta

a la Sociedad para reestructurar sus pasivos y activos, permitiendo la continuidad de sus actividades comerciales y de inversión.

A continuación, el señor Presidente cedió la palabra al señor Secretario, quien procedió a explicar las principales características, cronograma y efectos del Chapter 11.

Luego de debatir la materia, y conforme a lo informado precedentemente, la junta de accionistas acordó por unanimidad de los presentes, autorizar que la Sociedad se someta al procedimiento regido por la normativa aplicable del Chapter 11, facultando ampliamente e instando al efecto a los mandatarios judiciales de la Sociedad para representar a la Sociedad en todos los trámites, diligencias y procedimientos que fueren procedentes, ya sea en Chile o en Estados Unidos de América, y facultando expresamente al Gerente General para la firma de los documentos que sean necesarios al efecto, en representación de la Sociedad. Lo anterior, tanto en lo que dice relación con el Chapter 11, propiamente tal, como en todos aquellos aspectos, actos, contratos y procedimientos que se vinculen a la implementación y a los efectos que dicho Chapter 11 pudiera tener en Chile.

### IV.   REDUCCIÓN A ESCRITURA PÚBLICA.

La junta de accionistas acordó, por unanimidad, facultar a Andrés Winter Salgado, Cristóbal Elzo Benard y Alberto Mattos Habit, para que actuando individualmente uno cualquiera de ellos, pueda reducir a escritura pública todo o parte del acta de la presente acta de junta de accionistas, y para que efectúe todos los trámites, actuaciones y gestiones que fueren necesarias o convenientes para legalizar los acuerdos adoptados.

No habiendo otro asunto que tratar, se levantó la sesión siendo las 10.45am.

|  |  |
|---|---|
| _____ | _____ |
| Jorge Andrés Saieh Guzmán | Andrés Winter Salgado |
| **Presidente** | **Secretario** |
| pp. CorpGroup Banking S.A. |  |
| pp. Inversiones GASA Limitada |  |

## CERTIFICADO

El Presidente y el Secretario, quienes firman la presente acta, certifican bajo su responsabilidad que los señores Jorge Andrés Saieh Guzmán y Andrés Fernando Winter Salgado, participaron en esta sesión comunicados simultánea y permanentemente entre sí, a través de un sistema de video conferencia.

Santiago, 29 de junio de 2021

|  |  |
|---|---|
| _____ | _____ |
| Jorge Andrés Saieh Guzmán | Andrés Winter Salgado |
| **Presidente** | **Secretario** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORP GROUP BANKING S.A., *et al.*,[1] | § | |
| | § | Case No. 21-10969 (JKS) |
| Debtors. | § | |
| | § | (Joint Administration Requested) |
| | § | |
| | § | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Corp Group Banking S.A. ("*CGB*") and its affiliated debtors and debtors in possession (collectively, the "*Debtors*" and each, a "*Debtor*") in these chapter 11 cases hereby respectfully state as follows:

1. CGB directly or indirectly owns (i) 100% of the equity interests in Debtors Inversiones CG Financial Chile Dos SpA ("*Inversiones CG Financial*"), CG Financial Chile SpA ("*CG Financial Chile*"), and CG Financial Colombia S.A.S. ("*CG Financial Colombia*"), and (ii) 43.21% of the equity interests in Debtor Compañia Inmobiliaria y de Inversiones Saga SpA ("*Saga*"). The ownership of CGB is set forth below:

| Entity Name & Address | Ownership Interest |
|---|---|
| Corpgroup Interhold SpA<br>Rosario Norte N°660<br>22nd Floor<br>Las Condes, Santiago<br>Chile | 228,623,711 shares<br>(99.9999996%) |

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's foreign tax identification number, are: Corp Group Banking S.A. (900-8); Compañia Inmobiliaria y de Inversiones Saga SpA (600-0); Inversiones CG Financial Chile Dos SpA (808-2); CG Financial Chile SpA (343-5); and CG Financial Colombia S.A.S. (144-5). The Debtors' mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile.

28265048.4

| Entity Name & Address | Ownership Interest |
|---|---|
| Corp Group Financial Chile B.V. Sucursal en Chile<br>Rosario Norte N°660<br>22nd Floor<br>Las Condes, Santiago<br>Chile | 1 share (0.0000004%) |

2. Inversiones CG Financial is 100% owned by CGB.

3. CG Financial Chile is 100% owned by Inversiones CG Financial.

4. CG Financial Colombia is 100% owned by CG Financial Chile.

5. Saga is 43.21% owned by CGB and 56.79% owned by non-Debtor Inversiones Gasa Ltda. ("*Gasa*"). Gasa's address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: Corp Group Banking S.A., et al.<br>United States Bankruptcy Court for the: District of Delaware<br>Case number (if known): 21-10969 | ◼ Check if this is an amended filing |

Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | Itaú Unibanco S.A.[1]<br>Attention: Ricardo Villela Marino<br>Av. Brigadeiro Faria Lima, 3500, 2nd floor<br>Sao Paulo – SP<br>04538-132<br>Brazil | Itaú Unibanco S.A.<br>Attn: Philip Mindlin; Gregory E. Pessin; Brandon C. Price, Counsel, Wachtell, Lipton, Rosen & Katz<br>PHONE:<br>FAX:<br>EMAIL: Pmindlin@wlrk.com; GEPessin@wlrk.com; BCPrice@wlrk.com | Loan Guarantee | | | | $842,841,810.00 |
| 2 | Deutsche Bank Trust Company Americas<br>Trust and Agency Services<br>60 Wall Street, 27th Floor<br>MS NYC60-2710<br>New York, New York 10005<br>Attn: Corporates Team – Corp Group Banking S.A.<br>With copies to:<br>Deutsche Bank Trust Company Americas<br>c/o Deutsche Bank National Trust Company<br>Trust and Agency Services<br>100 Plaza One, Mailstop JCY03-0699<br>Jersey City, New Jersey 07311<br>Attn: Corporates Team – Corp Group Banking S.A. | Deutsche Bank Trust Company Americas<br>Corporates Team – Corp Group Banking S.A.<br>PHONE:<br>FAX: 732-578-4635<br>EMAIL: | Unsecured Notes due 2023 | | | | $543,031,250.00 |
| 3 | Ilustre Municipalidad de Lo Barnechea<br>El Rodeo 12777<br>Lo Barnechea, Chile | Ilustre Municipalidad de Lo Barnechea<br>PHONE: 2 2 757 3100<br>FAX:  800 387 222<br>EMAIL: oficinadepartes@lobarnechea.cl | Taxes | | | | CLP$616,539,162.00 |
| 4 | Ilustre Municipalidad de Santo Domingo<br>Provincia de San Antonio, Region de Valparasio<br>Santo Domingo, Chile | Ilustre Municipalidad de Santo Domingo<br>Attn: Luis Ignacio Ascuí<br>PHONE: +56 35-2200610<br>FAX:<br>EMAIL: | Taxes | | | | CLP$222,326,210.00 |
| 5 | Tesorería General de la Republica<br>Teatinos 28, piso 1 y 2, Santiago, Chile | Tesorería General de la Republica<br>PHONE: 56-2-6930-500<br>FAX:<br>EMAIL: | Taxes | | | | CLP$1,197,456.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

---

[1] This claim is only unsecured with respect to Compañia Inmobiliaria y de Inversiones Saga SpA.

**Fill in this information to identify the case:**

Debtor name    Corp Group Banking S.A., *et al.*

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    **Combined Corporate Ownership Statement and Equity Holders List**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 29, 2021**         X  */s/ Cristobal Cerda Meneses*
                                           Signature of individual signing on behalf of debtor

                                           **Cristobal Cerda Meneses**
                                           Printed name

                                           **Chief Executive Officer**
                                           Position or relationship to debtor